10-32982-H3-13

United States District Court
Southern District of Texas
FILED

APR 0 6 2010

David J. Bradley, Clerk of Court

Advanced Business Capital, Inc.
701 Canyon Drive
Suite 105
Coppell, TX 75019


Jones, Allen and Fuquay, L.L.P.
Dewey M. Dalton, Esq.
8828 Greenville Avenue
Dallas, TX 75243-7143


Blakeman Transportation, Inc.
2350 Cold Springs Road
Fort Worth, TX 76106


Clint Oldham, Esq.
1810 8th Avenue
Suite A
Fort Worth, TX 76110


Dash Pack Express Services, Inc.
DBA Freight Ship Express
5832 Star Lane
Houston, TX 77057


Totz, Ellison & Totz, P.C.
Andrew B. Totz, Esq.
2211 Norfolk
Suite 510
Houston, TX 77098

Joanne M. Ericksen, Esq.
8485 Katy Freeway
Suite 305
Houston, TX 77024

Woko Transportation, Inc.
P.O. Box 765
Seabrook, TX 77586


Linda Stewart, Esq.
312 West Texas Avenue
Suite A
Baytown, TX 77520

Amegy Bank
655 Business Center Drive
Horsham, PA 19044


Amegy Bank of Texas
Retail Loan and Customer Center
P.O. Box 1507
Salt Lake City, UT 84110

American Express
P.O. Box 650448
Dallas, TX 75265-0448


BMW Bank of North America
Customer Service Center
P.O. Box 3608
Dublin, OH 43016-0306


Business Lenders, LLC
50 State House Square
Hartford, CT 06103


CFNA Firestone
P.O. Box 81315
Cleveland, OH 44181-0315


Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank
P.O. Box 60599
City of Industry, CA 91716-0599


Center Point Energy
P.O. Box 4981
Houston, TX 77210-4981


Chase Cardmember Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014


Chrysler Financial
P.O. Box 1334
Roanoke, TX 76262


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


HSBC Retail Services
P.O. Box 60148
City of Industry, CA 91716-0148


Internal Revenue Service
Bankruptcy Division
1919 Smith
Stop 5022 HOU
Houston, TX 77002


LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240


NW Harris Mud
#28
P.O. Box 2569
Spring, TX 77383


Normandy Forest
Chaparral Management
P.O. Box 681007
Houston, TX 77268


Sprint
P.O. Box 660075
Dallas, TX 75266-0075


State Farm Mutual Automobile Insurance
P.O. Box 149104
Austin, TX 78714-9104

State of Texas
Office of The Attorney General
Child Support Division
P.O. Box 659791
San Antonio, TX 78265-9791


Synergy Resources
1310 Madrid Street
Suite 106
Marshall, MN 56258


Texas Tollways CSC
12719 Burnet Road
Austin ,TX 78727


Trans Lease, Inc.
4475 East 74th Avenue
Suite 103
Commerce City, CO 80022


US BanCorp
US BanCorp Center
800 Nicolett Mall
Minneapolis, MN 55402


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306