IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROGER TODD RUMSEY | § | CASE NO. 10-32982 |
| | § | |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned of the firm of JONES, ALLEN & FUQUAY, L.L.P. represents ADVANCE BUSINESS CAPITAL, LLC, a secured creditor and party-in-interest in these proceedings, and enters an appearance and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

RESPECTFULLY SUBMITTED,

**JONES, ALLEN & FUQUAY, L.L.P.**
8828 GREENVILLE AVE.
DALLAS, TX  75243
214.343.7400
214.343.7455 - FACSIMILE


BY: /s/ Dewey M. Dalton
  **DEWEY M. DALTON**
  OF COUNSEL
  STATE BAR ID CARD #05334000
  DMD@DaltonLawFirm.net
  **D. M. DALTON, JR.**
  OF COUNSEL
  STATE BAR ID CARD #24012492
  DMDJR@DaltonLawFirm.net

**ATTORNEYS FOR ADVANCE BUSINESS CAPITAL, LLC**

### C**ERTIFICATE OF** S**ERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers has been served upon all parties in accordance with Federal Rules of Civil Procedure on this 21st day of April, 2010.

      /s/ Dewey M. Dalton
      **D**EWEY **M. D**ALTON