United States Bankruptcy Court
**Southern District of Texas**
**Houston Division**

In Re:  Roger Rumsey                                    Case No: 10-32982-H3-13
      Debtor(s)                                           Chapter 13


### NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 9:30 am on July 22, 2010 in the United States Bankruptcy at the U.S. Courthouse, 515 Rusk, Courtroom # 401.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the debtor(s) attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s)' counsel, the chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

                                                  /s/ William E. Heitkamp
                                                William E. Heitkamp, Trustee
                                                Admissions I.D. No. 3857
                                                9821 Katy Freeway, Suite 590
                                                Houston, Texas 770024
                                                (713) 722-1200

The Debtor(s)' **"Plan Summary and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

# CERTIFICATE OF NOTICE

```
District/off: 0541-4           User: dhan                   Page 1 of 2               Date Rcvd: May 12, 2010
Case: 10-32982                 Form ID: pdf012              Total Noticed: 45


The following entities were noticed by first class mail on May 14, 2010.
db           +Roger Todd Rumsey,    20715 Deauville Dr,    Spring, TX 77388-4147
cr           +Advance Business Capital, LLC,    c/o Dewey M. Dalton,    8828 Greenville Ave.,
               Dallas, TX 75243-7143
cr           +Normandy Forest Homeowners Association, Inc.,    c/o Treece Law Firm,
               1020 Bay Area Blvd., Suite 200,    Houston, TX 77058-2692
cr           +c/o Balcom Law Firm TransLease Inc.,    West Memorial Park,    8584 Katy Freeway, Ste 305,
               Houston, TX 77024-1837
6867529      +Advance Business Capital, LLC,    c/o Dewey M. Dalton,    8828 Greenville Ave.,
               Dallas, Texas 75243-7143
6847914       Advanced Business Capital Inc,    701 Canyon Drive,    Suite 105,    Coppell, TX 75019
6847924      +Amegy Bank of Texas,    Retail Loan and Customer Center,    P.O. Box 1507,
               Salt Lake City, UT 84110-1507
6847925       American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
6847923      +Amogy Bank,   655 Business Center Drive,    Horsham, PA 19044-3409
6847916      +Blakeman Transportation Inc,    2350 Cold Springs Road,    Fort Worth, TX 76106-8401
6847927      +Business Lenders LLC,    50 State House Square,    Hartford, CT 06103-3902
6847928       CFNA Firestone,    P.O. Box 81315,    Cleveland, OH 44181-0315
6902408     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial Services Americas L.L.C. f/k/a,    P.O. Box 860,
               Roanoke, Texas 76262)
6847929       Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
6847930       Capital One Bank,    P.O. Box 60599,    City of Industry, CA 91716-0599
6847931      +Center Point Energy,    P.O. Box 4981,    Houston, TX 77210-4981
6847932       Chase Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
6847933       Chase Cardmember Services,    P.O. Box 94014,    Palatine, IL 60094-4014
6847934      +Chrysler Financial,    P.O. Box 1334,    Roanoke, TX 76262-1334
6847917      +Clint Oldham, Esq.,    1810 8th Avenue,    Suite A,    Fort Worth, TX 76110-1352
6847935      +Daimler Truck Financial,    13650 Heritage Parkway,    Fort Worth, TX 76177-5323
6847918      +Dash Pack Express Services Inc,    DBA Freight Ship Express,    5832 Star Lane,
               Houston , TX 77057-7116
6882029      +Dash Pack Express Services Inc; DBA Freight Ship E,    C/O Andrew B. Totz,
               Totz Ellison & Totz, P.C.,    2211 Norfolk, Suite 510,    Houston, TX 77098-4048
6847936       HSBC Retail Services,    P.O. Box 60148,    City of Industry, CA 91716-0148
6849583     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICE (Chapter 13 Notice),    P O Box 21126,
               Philadelphia PA 19114-1294)
6847937     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Bankruptcy Division,    1919 Smith,
               Stop 5022 HOU,    Houston, TX 77002)
6847920      +Joanne M. Ericksen, Esq.,    8485 Katy Freeway,    Sutte 305,    Houston, TX 77024-1903
6847915       Jones, Allen and Fuquay LLP,    Dewey M. Dalton Esq.,    8828 Greenville Avenue,
               Dallas, TX 75243-7143
6847938      +LCA Collections,    Box 2240,    Burlington, NC 27216-2240
6847922       Linda Stewart, Esq.,    312 West Texas Avenue,    Suite A,    Baytown, TX  77520
6847939      +NW Harris Mud,    #28,    Box 2569,    Spring, TX 77383-2569
6847940       Normandy Forest,    chaparral Management,    P.O. Box 68107,    Houston, TX 77268
6870574      +Normandy Forest Homeowners Association, Inc.,    c/o Treece Law Firm,
               1020 Bay Area Blvd., Suite 200,    Houston, Texas 77058-2692
6847941       Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
6847942       State Farm Mutual Automobile Insurance,    P.O. Box 149104,    Austin, TX 78714-9104
6847943       State of Texas,    Office of The Attorney General,    Child Support Division,    P.O. Box 659791,
               San Antonio, TX 78265-9791
6847944      +Synergy Resources,    1310 Madrid Street,    Ste 106,    Marshall, MN 56258-4099
6847945      +Texas Tollways CSC,    12719 Burnet Road,    Austin, TX 78727-4207
6847919      +Totz, Ellison & Totz PC,    Andrew B. Totz, Esq.,    2211 Norfolk,    Suite 510,
               Houston, TX 77098-4096
6847946      +Trans Lease, Inc.,    4475 East 74th Avenue,    Suite 103,    Commerce City, CO 80022-1494
6847947      +US Bancorp,    US Bancorp Center,    800 Nicolett Mall,    Minneapolis, MN 55402-2511
6890584      +Wells Fargo Bank N.A.,    1 Home Campus,    X2302-04C,    Des Monies, IA 50328-0001
6847948      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
6847921      +Woko Transportation Inc,    P.O. Box 765,    Seabrook, TX 77586-0765

The following entities were noticed by electronic transmission on May 12, 2010.
6847926       E-mail/PDF: bankruptcynotices@bmwfs.com May 13 2010 01:54:52     BMW Bank of North America,
               Customer Service Center,    P.O. Box 3608,    Dublin, OH 43016-0306
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Chrysler Financial Services Americas L.L.C. f/k/a
cr            DCFS USA LLC Sucessor to DaimlerChrysler Financial
                                                                                              TOTALS: 2, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0541-4          User: dhan              Page 2 of 2             Date Rcvd: May 12, 2010
Case: 10-32982                Form ID: pdf012         Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**                    **Signature:** _Joseph Speetjens_