**United States Bankruptcy Court**
**Southern District of Texas**
**Houston Division**

In Re:  Roger Rumsey                                              Case No: 10-32982-H3-13
        Debtor(s)                                                 Chapter 13

## NOTICE OF WITHDRAWAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**NOW COMES, William E. Heitkamp, Trustee**, who by the pleading does hereby withdraw Chapter 13 Meeting of Creditors. 341(a) meeting to be held on 5/26/2010 at 09:00 AM at Houston, 515 Rusk Suite 3401.  Confirmation Hearing to be held on 7/22/2010 at 09:30 AM at Houston, Courtroom 401 previously filed on April 28, 2010.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions I.D. No. 3857
9821 Katy Freeway, Suite 590
Houston, Texas 770024
(713) 722-1200

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing notice has been served upon the Debtor(s), Debtor's Attorney, either via first class mail, on 5/17/2010, or by electronic noticing pursuant to the local bankruptcy rules.

/s/ William E. Heitkamp
WILLIAM E. HEITKAMP, TRUSTEE